1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                          DISTRICT OF NEVADA
9                                  * * *
10  DERON L. GRINAGE,                    )
                                         )
11              Plaintiff(s),            )       2:06-CV-0835-RLH-GWF
                                         )
12       vs.                             )       **O R D E R**
                                         )
13  CORRECTIONS OFFICER LEYBA; *et al.,* )
                                         )
14              Defendant(s).            )
    _____)
15

16         Before this Court is the Findings and Recommendation of United States Magistrate

17  Judge (#45, filed December 12, 2007), entered by the Honorable George W. Foley, regarding

18  Defendants' Motion for Summary Judgment (#38, filed August 30, 2007). No objection was filed to

19  Magistrate Judge Foley's Findings and Recommendation of United States Magistrate Judge in

20  accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for

21  the District of Nevada, and the matter was submitted for consideration.

22         The court has conducted a *de novo* review of the record in this case in accordance

23  with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and

24  Recommendation of Magistrate Judge Foley should be accepted and adopted.

25         IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-

26  tion (#45, entered December 12, 2007) is ACCEPTED, AFFIRMED, and ADOPTED; Defendants'

                                          1

1  Motion for Summary Judgment is DENIED as to Count I of Plaintiff's amended complaint, and
2  GRANTED as to Counts II and III.
3      Dated: January 17, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**